UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>  Plaintiff,   )<br>  )<br>v.   )<br>  )<br>CHRISTOPHER ADAM CASMIER,   )<br>  )<br>  Defendant.   ) | Case No. 4:22 CR 20 RWS |

### MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion for compassionate release. [70]. Defendant seeks compassionate release to care for his mother, who has spastic paraplegia. Amended USSG § 1B1.13(b)(3) provides that the incapacitation of a defendant's parent when the defendant would be the only available caregiver would constitute an extraordinary and compelling reason warranting compassionate release.

Although defendant has provided some medical records indicating that his mother has serious medical issues, these records do not indicate that defendant is the only available caregiver. Defendant's motion indicated that, if released, he would reside with his mother at 1041 Roth Avenue in University City, Missouri. Defendant's presentence investigation report dated February 23, 2023 indicates that defendant's stepfather and brother also reside at that address. ECF 54 at 5.

Defendant also has four other adult siblings, at least three of whom are reported to reside in the St. Louis area. ECF 54 at 11. As such, the Court cannot conclude that defendant's present family circumstances constitute extraordinary and compelling reasons warranting compassionate release at this time.

Finally, I continue to believe that a term of 60 months is the appropriate sentence in this case when considering all the sentencing factors listed in 18 U.S.C. § 3553(a). Under the circumstances of this case, I do not believe a reduction of sentence is warranted under 18 U.S.C. § 3582(c) at this time.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for compassionate release [70] is denied without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of May, 2024.